IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS J. CONWAY, IV | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-4916 |
| | : | |
| U.S. BANK, NATIONAL ASSOCIATION, *et al.* | : | |

## ORDER

**AND NOW**, this 6th day of December 2018, upon considering Defendants' Motion to dismiss (ECF Doc. No. 3), Plaintiff's Response (ECF Doc. No. 6), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 3) is **GRANTED**:

1. **With prejudice** as to Counts One through Five based on the Consumer Financial Protection Act and Truth-in-Lending Act; and,

2. **Without prejudice** as to the remaining claims with leave granted to Plaintiff to file an amended complaint no later than **January 4, 2019** consistent with the accompanying Memorandum and Fed. R. Civ. P. 11.

KEARNEY, J.