IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS J. CONWAY, IV** | : CIVIL ACTION |
| v. | : NO. 18-4916 |
| **U.S. BANK, NATIONAL ASSOCIATION**, *et al.* | : |

# ORDER

**AND NOW**, this 22nd day of February 2019, upon considering Defendants' Motion to dismiss (ECF Doc. No. 16), Plaintiff's Opposition (ECF Doc. No. 22), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 16) is **GRANTED** and we **dismiss** the Plaintiff's *pro se* amended Complaint without prejudice for him, as a *pro se* Plaintiff, to file a second amended Complaint no later than **March 15, 2019** in this Court if he can plead timely and plausible claims consistent with the accompanying Memorandum or otherwise timely seek relief for his state law claims in the appropriate state court.

KEARNEY, J.