IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS J. CONWAY, IV** | : **CIVIL ACTION** |
| v. | : **NO. 18-4916** |
| **U.S. BANK, NATIONAL ASSOCIATION,** *et al.* | : |

# **ORDER**

**AND NOW**, this 29th day of May 2019, upon considering the Defendants' Motion to dismiss (ECF Doc. No. 33) the second amended Complaint (ECF Doc. No. 27), Plaintiff's Response (ECF Doc. No. 35), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 33) is **GRANTED** and we dismiss **with prejudice**. The Clerk of Court shall **close** this case.

KEARNEY, J.